**Electronically Filed**
**Supreme Court**
**SCWC-14-0001033**
**14-JUN-2018**
**03:31 PM**

SCWC-14-0001033

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PELE DEFENSE FUND, a Hawaiʻi nonprofit corporation, et al.,
Petitioners/Plaintiffs-Appellants,

vs.

DEPARTMENT OF LAND AND NATURAL RESOURCES,
DEPARTMENT OF FORESTRY AND WILDLIFE, STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001033; CIV. NO. 12-1-0568)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioners/Plaintiffs-Appellants Pele Defense Fund's application for writ of certiorari filed on April 16, 2018, is hereby rejected.

        DATED:  Honolulu, Hawaiʻi, June 14, 2018.


                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Sabrina S. McKenna

                        /s/ Richard W. Pollack

                        /s/ Michael D. Wilson